1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JULIET M. EDWARDS,                )<br>                              )<br>              Plaintiff,      )<br>                              )<br>          v.                  )<br>                              )<br> CAROLYN W. COLVIN,            )<br> Acting Commissioner of the   )<br> Social Security Administration, )<br>                              )<br>              Defendant.      )<br>_____) | NO. CV 12-05875 SS<br><br><br><br><br>       **JUDGMENT** |

     IT IS ADJUDGED that the decision of the Commissioner is AFFIRMED
and that the above-captioned action is dismissed with prejudice.

DATED: June 7, 2013              _____/S/_____
                                SUZANNE H. SEGAL
                                UNITED STATES MAGISTRATE JUDGE