**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JULIET M. EDWARDS,              ) | NO. CV 12-05875 SS |
|                               ) | |
|            Plaintiff,         ) | |
|                               ) | |
|        v.                     ) | **JUDGMENT** |
|                               ) | |
| CAROLYN W. COLVIN,             ) | |
| Acting Commissioner of the    ) | |
| Social Security Administration, ) | |
|                               ) | |
|            Defendant.         ) | |

        IT IS ADJUDGED that the decision of the Commissioner is AFFIRMED
and that the above-captioned action is dismissed with prejudice.

DATED: June 7, 2013              _____/S/_____
                                 SUZANNE H. SEGAL
                                 UNITED STATES MAGISTRATE JUDGE